FILED
JAN 0 7 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDEL BALLARDO-VIAPUDUA,<br><br>    Defendant. | CASE NO. 08CR3355-GT<br><br>ORDER CONTINUING SENTENCING |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT THE SENTENCING HEARING IN THE INSTANT CASE BE CONTINUED FROM JANUARY 8, 2009, AT 9:00 a.m., TO FEBRUARY 26, 2009, AT 9:00 a.m.

IT IS SO ORDERED.

Dated: 1-7-09

_____
HON. GORDON THOMPSON JR.
DISTRICT COURT JUDGE